IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

**AFFIDAVIT OF PERSONAL SERVICE**

JUSTO CALLE,

                Plaintiffs,

DOCKET NO.
07- CIV- 8307

- against -

BROOKFIELD PARTNERS, L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL GROUP, LLC., NEW YORK UNIVERSITY, AND BOROUGH OF MANHATTAN COMMUNITY COLLEGE,

                Defendants.

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 29th day of November, 2007, at approximately 1:41 p.m. at New York University- Legal Counsel located at 110 5th Avenue, 4th Floor, 10011, deponent served the within copy of the Summons and Complaint upon New York University by delivering thereat a true copy of same to Alicia Brownell, legal secretary, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, white skin, Brown hair, approx. 25-30, height approx. 5'5"-5'7"**

                              Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09