***** AFFIDAVIT OF SERVICE ***** 12/05/2007

SHERIFFS NUMBER: S07006402  DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...  Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 9401<br>CONTROL # 12342 | 28.00 |

**COURT DATA**  ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:    STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV8307    CAPTION OF CASE
NAME:  JUSTO CALLE
    VS  HILLMAN ENVIORONMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME:    HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS: 1600 ROUTE 22 EAST
         UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

[X] SERVED SUCCESSFULLY   [ ] UNABLE TO SERVE    NUMBER OF ATTEMPTS ____
DATE: 12/20/07  TIME: 10:30

REMARKS:

[ ] PERSONALLY DELIVERED  [X] OFFICER  [ ] MANAGING AGENT  [ ] REGISTERED AGENT
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER  [ ] AGENT AUTHORIZED TO ACCEPT
                                               [ ] IS IN THE MILITARY  [ ] NOT IN THE MILITARY
PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
                              (TITLE/RELATIONSHIP)

SEX:    [X] MALE     [ ] FEMALE
SKIN:   [X] WHITE    [ ] BLACK    [ ] YELLOW    [ ] BROWN    [ ] RED
HEIGHT: [ ] UNDER 5 FT.  [ ] 5.0 - 5.6 FT.  [X] 5.7 - 6.0 FT.  [ ] OVER 6 FT.
WEIGHT: [ ] UNDER 100 LBS.  [ ] 100 - 150 LBS.  [X] 151 - 200 LBS.  [ ] OVER 200 LBS.
HAIR:   [ ] BLACK  [X] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [X] BALDING
AGE:    [ ] 14 - 20  [ ] 21 - 35  [X] 36 - 50  [ ] 51 - 65  [ ] OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME ON _Frances DiNato_
FRANCES D...
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3,

SIGNATURE: _Stephen Lanzano_
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY