UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

JUSTO CALLE,

                Plaintiffs,

- against -

BROOKFIELD PARTNERS, L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL GROUP, LLC., NEW YORK UNIVERSITY, AND BOROUGH OF MANHATTAN COMMUNITY COLLEGE,

                Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV- 8307

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 2nd day of January, 2008, at 3:20 p.m. at Borough of Manhattan Community College, 199 Chambers Street S710, deponent served the within copy of the Summons and Complaint upon Borough of Manhattan Community College by delivering thereat a true copy of same to Robert Diaz, Vice President of Legal Affairs and Faculty and Staff Relations, an individual of suitable age and discretion.

*Stephanie Lopez*
Stephanie Lopez

Sworn to before me this
2nd day of January, 2008

*[signature]*
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09